**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CENTER FOR PUBLIC ANALYSIS ON
TRADE AND HEALTH (CPATH
CALIFORNIA PUBLIC HEALTH
ASSOCIATION — NORTH; et al.,
                    *Plaintiffs-Appellants,*

and

AMERICAN NURSES ASSOCIATION,
                    *Plaintiff,*

v.

OFFICE OF THE UNITED STATES
TRADE REPRESENTATIVE; et al.,
                    *Defendants-Appellees.*

No. 06-16682

D.C. No.
CV-05-05177-MJJ

ORDER
AMENDING
OPINION

Appeal from the United States District Court
for the Northern District of California
Martin J. Jenkins, District Judge, Presiding

Argued and Submitted
May 16, 2008—San Francisco, California

Filed October 8, 2008

Before: Procter Hug, Jr. and N. Randy Smith, Circuit Judges,
and Richard Mills,* District Judge.

---

*The Honorable Richard Mills, Senior United States District Judge for
the Central District of Illinois, sitting by designation.

14269

**ORDER**

The caption in case number 06-16682, as well as the caption on the Opinion filed August 22, 2008 is amended as follows.

CENTER FOR POLICY ANALYSIS ON
TRADE AND HEALTH (CPATH),
CALIFORNIA PUBLIC HEALTH
ASSOCIATION — NORTH, CHINESE
PROGRESSIVE ASSOCIATION,     No. 06-16682
PHYSICIANS FOR SOCIAL
RESPONSIBILITY, AMERICAN
NURSES ASSOCIATION,

Plaintiffs-Appellants,

v.

OFFICE OF THE UNITED STATES
TRADE REPRESENTATIVE; UNITED STATES
DEPARTMENT OF COMMERCE,

Defendants-Appellees.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.